No. 98–5735.  JONES ET AL. *v.* SMITH ET AL., *ante,* p. 951.  Motion for leave to file petition for rehearing denied.

No. 98–5813.  SPIGELSKI *v.* MCDONALD'S, *ante,* p. 969.  Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

JANUARY 20, 1999

No. 98–7680 (A–581).  SHEPPARD *v.* TAYLOR, WARDEN.  C. A. 4th Cir.  Application for stay of execution of sentence of death, addressed to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.